```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHARI GREENBERG MELAMED,

                Plaintiff,
                                                                        **JUDGMENT**
        - against -                                                     17-CV-4352 (RRM)

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
------------------------------------------------------------------X
```

A Memorandum and Order of the undersigned having been issued this day denying defendant's motion for judgment on the pleadings and granting plaintiff's motion for the same relief, it is hereby:

ORDERED, ADJUDGED AND DECREED that this action is remanded to the Commissioner of Social Security for further proceedings.

SO ORDERED.

Dated: Brooklyn, New York
       September 30, 2019

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge